# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO M. BERNAL,<br><br>Petitioner<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Respondents. | Case No. 8:21-cv-02016-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Summarily Dismissing Petition; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: December 20, 2021

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE